UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Tiffany Jamil Flenaugh,<br><br>                Plaintiff,<br>    v.<br><br>United States of America,<br><br>                Defendant. | Case No. 3:25-cv-06099-LK<br><br>ORDER TO SHOW CAUSE |

The District Court has referred plaintiff's motion to proceed *in forma pauperis* (IFP) to United States Magistrate Judge Theresa L. Fricke. Dkt. 1.

The district court may permit indigent litigants to proceed IFP upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in denying an application to proceed IFP. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

Plaintiff's application to proceed IFP is insufficient to determine if plaintiff is unable to pay the $405 filing fee. Dkt. 1. Plaintiff did not fill out the following inquires in the IFP application: (1) the monthly expenses she incurs, such has housing, transportation, utilities, loan payments, or other regularly monthly expenses and the amount spent each month; and (2) any other information that would help explain why she cannot pay the court fees and costs.

ORDER TO SHOW CAUSE - 1

Plaintiff's IFP application is incomplete. Plaintiff's IFP application does not comply with the statutory criteria of 28 U.S.C. § 1915(a)(b).

The Court therefore ORDERS plaintiff to file a revised IFP application and complete the information that is needed ("show cause") on or before **December 30, 2025**. Plaintiff is further advised that failure to comply with this order may result in a report and recommendation to the District Judge that denial of IFP and/or dismissal would be appropriate. The Clerk is directed to send a copy of this Order to Plaintiff and a blank IFP application form.

Dated this 16th day of December, 2025.

Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2