UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY FLENAUGH, | CASE NO. 3:25-cv-06099-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This matter comes before the Court sua sponte. On March 19, 2026, the Court dismissed pro se Plaintiff Tiffany Flenaugh's complaint but granted her leave to file an amended complaint by April 9, 2026. Dkt. No. 14. Because Ms. Flenaugh has failed to file a timely amended complaint, the Court DISMISSES her case without prejudice.

Dated this 14th day of April, 2026.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1